**Order entered January 25, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-00981-CV

### IN THE INTEREST OF D.B.S., A CHILD

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-52326-2020**

### ORDER

On December 11, 2020, after being notified by court reporter Stephanie Hunn that the reporter's record would not be filed because appellant had not requested it, we directed appellant to file, within ten days, written verification she had requested the record. Although we cautioned appellant that failure to comply could result in the appeal being submitted without the reporter's record, she has not complied. *See* TEX. R. APP. P. 37.3(c). Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.* As the clerk's record has been filed, we further **ORDER** appellant to file her brief no later than February 24, 2021.

/s/    KEN MOLBERG
JUSTICE